930

APPEAL No. 74-244. DAVID R. PICCOLI *et al. v.* PROVIDENCE WASHINGTON INSURANCE Co. Motion of appellee to dismiss appeal for failure of appellant to file brief is granted. *Anthony DeSimone,* for appellants. *John W. Kershaw,* for appellee.

APPEAL No. 74-246. ABRAHAM BADWAY *v.* SALVATORE G. AMBROSINO. Motion of appellee to affirm the judgment of the Superior Court under Rule 16(g), as amended, is granted. *Bevilacqua & Cicilline, Anthony DeSimone,* for appellant. *Hanson, Curran, Bowen & Parks, A. Lauriston Parks,* for appellee.

APPEAL No. 74-302. GEORGE E. CARTER, JR. *v.* CITY OF PAWTUCKET *et al.* Motion of George E. Carter, Jr. for a priority hearing is denied. Motion to dismiss the appeal of the defendant-appellants, City of Pawtucket et al., for failure to file brief is granted. *Bucci & O'Neill, James L. O'Neill,* for plaintiff-cross-appellant. *Gerald J. Pouliot,* Asst. City Solicitor, for defendant-cross-appellant, City of Pawtucket.

APPEAL No. 74-321. JOHN A. DALUZ, JR. *et al. v.* RAYMOND H. HAWKSLEY *et al.* Motion to dismiss is denied without prejudice to the right of appellees to renew their objection at the hearing on the merits. *Robert B. Mann,* for appellants. *William G. Gilroy,* for appellees.

February 20, 1975.

M. P. No. 75-17. THOMAS CAMARA *et al. v.* DENNIS J. MURPHY, *Director of Natural Resources.* Petition for writ of certiorari is denied for petitioners' failure to comply with the procedures prescribed by the Administrative Procedures Act. [G. L. 1956 (1969 Reenactment) §42-35-15]. *Breslin, Sweeney & Gordon, David F. Sweeney,* for petitioners. *Julius C. Michaelson,* Attorney General, *Gregory L. Benik,* Special Asst. Attorney General, for respondent.

M. P. No. 75-27. KIM E. HARVEY, *a minor by Her Natural Guardian and Next Friend, Her Mother,* MARY ANN HARVEY,